1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAOLA GUZMAN, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-08646-WLH-JC<br><br>**ORDER GRANTING JOINT STIPULATION TO WITHDRAW MOTION TO REMAND WITHOUT PREJUDICE [10]** |

1  Having reviewed the Parties' Joint Stipulation to Withdraw Motion to Remand
2  without Prejudice, and good cause appearing, it is hereby ORDERED that:
3  Plaintiff's Motion to Remand (Dkt. 9), filed on October 16, 2024, is withdrawn
4  without prejudice.

**IT IS SO ORDERED.**

DATED: 10/21/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE